**NOT FOR PUBLICATION**

In the

United States Court of Appeals

For the Eleventh Circuit

_____

No. 25-14351

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

CHARLIE ALEXANDER HALL,

*Defendant- Appellant.*

_____

Appeal from the United States District Court
for the Southern District of Alabama
D.C. Docket No. 1:24-cr-00149-JB-N-1

_____

Before LUCK, LAGOA, and ANDERSON, Circuit Judges.

PER CURIAM:

Arthur J. Madden, III, appointed counsel for Charlie Alexander Hall, in this direct criminal appeal, has moved to withdraw

from further representation of Hall and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, Madden's motion to withdraw is **GRANTED**, and Hall's conviction and sentence are **AFFIRMED**.